LEWIS BRISBOIS

Brian Pete
140 Broadway, Suite 3100
New York, New York 10005
Brian.Pete@lewisbrisbois.com
Direct: 212.232.1363

GRANTED.

The initial pretrial conference scheduled for November 12, 2026, is hereby canceled. The parties should file a letter, on or before January 6, 2026, providing an update to the Court on the case's progress. The Clerk of Court is respectfully directed to terminate the motion at ECF 12.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 4, 2026

November 3, 2026

**VIA ECF**

Hon. Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Kirandeep Mander v. Delinian Services US LLC, et al.*
Civil Case No.: 26-cv-06904-AS

Dear Judge Subramanian:

We represent Defendants in the above-referenced matter. We write, with the consent of plaintiff's counsel, to respectfully request that the Court adjourn the remote pretrial conference, currently scheduled for November 12, 2026, at 3:30 p.m, and attendant deadlines. The parties were referred to the Court's mandatory mediation program on October 26, 2026 (ECF No. 11), and are currently working to schedule mediation before assigned mediator Zachary Fasman, and will be exchanging pre-mediation discovery in accordance with the protocol. This is the first request for an adjournment of the conference.

If the matter is not resolved through mediation, the parties respectfully request that the conference be rescheduled for a date convenient for the Court following the mediation.

Thank you for your consideration.

Respectfully,

/s/ Brian Pete

Brian Pete of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: Plaintiff's counsel (via e-mail)